No. 832. FIDELITY & DEPOSIT Co. *v.* UNITED STATES. April 27, 1936. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Ninth Circuit denied. *Mr. Joe Crider, Jr.*, for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson*, and *Messrs. John MacC. Hudson, Sewall Key*, and *S. Dee Hanson* for the United States.